| | |
|---|---|
| 1 | JODY A. LANDRY, Bar No. 125743 |
|   | JEREMY A. ROTH, Bar No. 129007 |
| 2 | LENA K. SIMS, Bar No. 212904 |
|   | LITTLER MENDELSON |
| 3 | A Professional Corporation |
|   | 501 W. Broadway, Suite 900 |
| 4 | San Diego, CA  92101.3577 |
|   | Telephone:   619.232.0441 |

FILED

08 JUN 26 PM 4:27

CLERK, U.S. DISTRICT ...
SOUTHERN DISTRICT OF CAL...

BY: Ea          DEPUTY

Attorneys for Defendant
AMERICAN GENERAL FINANCE
MANAGEMENT CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JOE FINCH,

   Plaintiff,

   v.

AMERICAN GENERAL FINANCE
MANAGEMENT CORPORATION, and
DOES 1 through 50 inclusive,

   Defendant.

Case No. '08 CV 1151 J AJB

NOTICE OF PARTIES WITH FINANCIAL INTEREST

[Southern District Local Rule 40.2]

NOTICE OF PARTIES WITH FINANCIAL
INTEREST (NO. _____)

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA  92101.3577
619.232.0441

1  Defendant AMERICAN GENERAL FINANCE MANAGEMENT CORPORATION ("Defendant") submits the following Notice of Party with Financial Interest pursuant to Southern District Local Rule 40.2:

## NOTICE OF PARTY WITH FINANCIAL INTEREST

The following listed entities are the corporate parents of Defendant and/or are publicly held companies that own 10% or more of Defendant's stock:

1. American International Group, Inc.
2. AIG Capital Corporation
3. American General Finance, Inc.
4. American General Finance Corporation
5. American General Finance Management Corporation

Only American International Group, Inc. is publicly traded.

Dated: June 26, 2008

Respectfully submitted,

_____
JODY A. LANDRY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
AMERICAN GENERAL FINANCE MANAGEMENT CORPORATION

Firmwide:85638957.1 038193.1074

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

NOTICE OF PARTIES WITH FINANCIAL INTEREST (NO. _____)    2.