| | |
|---|---|
| 1 | JODY A. LANDRY, Bar No. 125743 |
| | JEREMY A. ROTH, Bar No. 129007 |
| 2 | LENA K. SIMS, Bar No. 212904 |
| | LITTLER MENDELSON |
| 3 | A Professional Corporation |
| | 501 W. Broadway, Suite 900 |
| 4 | San Diego, CA 92101.3577 |
| | Telephone: 619.232.0441 |

FILED

08 JUN 26 PM 4: 27

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ECL    DEPUTY

Attorneys for Defendant
AMERICAN GENERAL FINANCE MANAGEMENT CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JOE FINCH,

   Plaintiff,

   v.

AMERICAN GENERAL FINANCE MANAGEMENT CORPORATION and DOES 1-50, inclusive,

   Defendant.

Case No. '08 CV 1151 J AJB

(San Diego County Superior Court
Case No. 37-2008-0084364-CU-DE-CTL)

**DECLARATION OF CARRIE ELLIOTT IN SUPPORT OF NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTIONS 1332(d), 1441, AND 1446**

Class Action Fairness Act

Action Filed:   May 21, 2008

---

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

DECLARATION OF ELLIOTT

IRMWIDE:85549245.1 038193.1074

Case No. _____

I, Carrie Elliott, declare as follows:

1. I am employed by American General Finance Management Corporation (hereinafter "AGF") as a Human Resources Manager in Evansville, Indiana. I am an authorized custodian of records for records pertaining to human resources matters. I have personal knowledge of the foregoing, or knowledge based upon corporate records which are within my custody and control, among others. If called and sworn as a witness, I could and would competently testify thereto.

2. During the entire course of his employment with AGF, Plaintiff Joe Finch was employed in and worked in the State of California. According to our human resources records, his last known address is 757 Adobe Place Chula Vista, CA 91914.

3. I am informed and believe Plaintiff Joe Finch has filed a Complaint against AGF in which he seeks, among other things, payment for overtime he allegedly worked, for additional compensation due to alleged missed meal periods and rest breaks, waiting time penalties due to an allegation that AGF did not pay all wages due at the time of termination, restitution, and attorneys' fees relating to these claims. I am informed and believe Joe Finch has filed his Complaint on behalf of himself and a class of all current and/or former Branch Managers in the state of California who worked for AGF during the four year period preceding the date on which he filed the Complaint.

4. I am informed and believe that Defendant has filed an Answer to the Complaint in the State Court Action in which it has generally and specifically denied all of Joe Finch's claims of wrongdoing. Nevertheless, for purposes of assessing the amount of monetary relief sought by the claims as alleged in Plaintiff's Complaint, I have reviewed AGF's corporate human resources records during the putative class period and determined the following:

    a. As of the date the complaint was filed, AGF had 152 employees holding the title of Branch Manager. At the end of 2007 AGF had a total of 146 Branch Managers in California. At the end of 2006 AGF had a total of 145 Branch Managers in California. At the end of 2005 AGF had a total of 133 Branch Managers in California. At the end of 2004 AGF had a total of 127 Branch Managers in California. An average number of branch managers employed at

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067-3107
310.553.0308

DECLARATION OF ELLIOTT
FIRMWIDE:85549245.1 038193.1074

2.   Case No. _____

|   |   |
|---|---|
|   | any one time during this period of time is 140.6. |
| b. | Going back to May 21, 2004, there are 77 individuals who worked for AGF as a branch manager in the state of California who no longer work for AGF. All but one of such individuals have been gone from their employment with AGF for more than 30 days. |
| c. | At the current time the California branches are typically open 5 days a week, 9 hours a day. |
| d. | Branch Managers were all paid on a salary basis going back to May 21, 2004. |
| e. | As of July 19, 2004 Joe Finch's ("Plaintiff") base salary was $48,000. As of November 1, 2004 Plaintiff's base salary was $50,400. As of March 28, 2005 Plaintiff's base salary was $52,668. As of March 27, 2006 Plaintiff's base salary was $54,518. Plaintiff's employment terminated on June 13, 2006. As such, the average base salary of Plaintiff for the entire time that he worked as a branch manager is $51,695.69,[1] which breaks down to an average minimum weekly salary of $994.15. |
| f. | Using the average weekly salary of $994.15 and dividing by 40 hours provides an average hourly rate of $24.85. |
| g. | One and ½ times the average hourly rate of $24.85 equals an overtime rate of $37.28. |
| h. | Using the minimum weekly salary of $994.15, and using a five day workweek, the average daily wage of a former Branch Managers is $198.83. |

---

[1] This was calculated as follows:
- $48,000 base salary divided by 52 times 15 (the number of weeks worked at this salary) = $13,846.15.
- $50,400 base salary divided by 52 times 21 (the number of weeks worked at this salary) = $20,353.84.
- $52,688 base salary divided by 52 times 52 (the number of weeks worked at this salary) = $52,688.00.
- $54,518 base salary divided by 52 times 11 (the number of weeks worked at this salary) = $11,532.65.

I then totaled up the compensation numbers, which equals $98,420.64, and divided it by the number of weeks worked as a branch manager, which is 99. That equals an average weekly base salary of $994.15. The average weekly base times 52 equals an average annual base compensation of $51,695.69.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

DECLARATION OF ELLIOTT                3.           Case No. _____
FIRMWIDE:85549245.1 038193.1074

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct. Executed this 26 day of June 2008, at Evansville, Indiana.

*[signature]*
CARRIE ELLIOTT

DECLARATION OF ELLIOTT    4.    Case No. _____
FIRMWIDE:85549245.1 038193.1074

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles CA 90067 3107
310 553 0308