1  JODY A. LANDRY, Bar No. 125743
   JEREMY A. ROTH, Bar No. 129007
2  LENA K. SIMS, Bar No. 212904
   LITTLER MENDELSON
3  A Professional Corporation
   501 W. Broadway, Suite 900
4  San Diego, CA  92101.3577
   Telephone:   619.232.0441
5

6  Attorneys for Defendant
   AMERICAN GENERAL FINANCE
7  MANAGEMENT CORPORATION

FILED
08 JUN 26 PM 4:27
CLERK, U.S. DISTRICT C.
SOUTHERN DISTRICT OF CALIF...
BY: ECL           DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE FINCH,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN GENERAL FINANCE MANAGEMENT CORPORATION and DOES 1-50, inclusive,<br><br>    Defendant. | Case No. 08 CV 1151 J AJB<br><br>(San Diego County Superior Court Case No. 37-2008-0084364-CU-DE-CTL)<br><br>**DECLARATION LINDA MEREDITH IN SUPPORT OF NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTIONS 1332(d), 1441, AND 1446**<br><br>Class Action Fairness Act<br><br>Action Filed:    May 21, 2008 |

---

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067-3107
310.553.0308

DECLARATION OF MEREDITH
FIRMWIDE:85636753.1 038193.1074

Case No. _____



I, Linda Meredith, declare as follows:

1. I am employed by American General Finance Management Corporation (hereinafter "AGF") as a Senior Legal Assistant in Evansville, Indiana. I am an authorized custodian of records for AGF's corporate records. I have personal knowledge of the foregoing, or knowledge based upon corporate records which are within my custody and control, among others. If called and sworn as a witness, I could and would competently testify thereto.

2. Defendant AGF is incorporated in the State of Indiana and its principal place of business is located in Evansville, Indiana.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of June 2008, at Evansville, Indiana.

*[signature]*
LINDA MEREDITH

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

DECLARATION OF MEREDITH
FIRMWIDE:85636753.1 038193.1074

2.    Case No. _____