1  JEREMY A. ROTH, Bar No. 129007
   JODY A. LANDRY, Bar No. 125743
2  LENA K. SIMS, Bar No. 212904
   LITTLER MENDELSON
3  A Professional Corporation
   501 W. Broadway, Suite 900
4  San Diego, CA 92101.3577
   Telephone:  619.232.0441
5  Fax No.:    619.232.4302
   Email       jlandry@littler.com
6

7  Attorneys for Defendant
   AMERICAN GENERAL FINANCE
8  MANAGEMENT CORPORATION

FILED
08 JUN 26 PM 4:27
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08 CV 1151 J AJB

| | |
|---|---|
| JOE FINCH, | Case No. _____ |
| Plaintiff, | **DECLARATION OF SERVICE** |
| v. | |
| AMERICAN GENERAL FINANCE MANAGEMENT CORPORATION and DOES 1 through 50 inclusive, | Class Action Fairness Act [Complaint Filed: May 21, 2008] |
| Defendants. | |

I, MAXINE HORTON, declare:

I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. I am employed in the office of a member of the bar of this Court at whose direction the service was made. My business address is 501 West Broadway, Suite 900, San Diego, California 92101.

On June 26, 2008, I served the following document(s):

1. **CIVIL COVER SHEET**

2. **NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. SECTIONS 1332(d), 1441 and 1446**

3. **DECLARATION OF JODY A. LANDRY IN SUPPORT OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTIONS 1332(d), 1441 and 1446**

4. **DECLARATION OF CARRIE ELLIOTT IN SUPPORT OF NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTIONS 1332(d), 1441, AND 1446**

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

Firmwide:85687675.1 038193.1074          1.          Case No. _____

DECLARATION OF SERVICE

5.  DECLARATION OF LINDA MEREDITH IN SUPPORT OF NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTIONS 1332(d), 1441, AND 1446

6.  NOTICE OF PARTIES WITH FINANCIAL INTEREST

on the parties in this action addressed as follows:

| | |
|---|---|
| Matthew Righetti | Attorneys for Plaintiff |
| John Glugoski | JOE FINCH |
| RIGHETTI LAW FIRM, P.C. | |
| 456 Montgomery Street, Suite 1400 | |
| San Francisco, CA 94104 | |
| Telephone: (415) 983-0900 | |
| Facsimile: (415) 397-9005 | |

**BY U.S. MAIL:** I placed a true and correct copy of the above document(s) in a sealed envelope, addressed as indicated above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 26, 2008 at San Diego, California.

*/s/ Maxine Horton*
MAXINE HORTON

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

Firmwide:85687675.1 038193.1074          2.          Case No. _____

DECLARATION OF SERVICE